■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD VON BRAUNSBERG, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered September 20, 1976, convicting him of robbery in the second degree, kidnapping in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. There is no merit to this appeal. We note, however, that some of the comments by the court would better have been left unsaid. Hopkins, J. P., Martuscello, Latham and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD EARL WADE, Also Known as EARL E. WADE, Appellant.—Judgment of the County Court, Nassau County, rendered March 23, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Suozzi, J. P., Cohalan, Margett and Hawkins, JJ., concur.